UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA MORAN, LYNDSAY MORAN AND ANAVERNYEL NEYLAND** | * * * * | **CIVIL ACTION NO.** |
| | * | **DISTRICT JUDGE** |
| **VERSUS** | * * | |
| **ROBERT RUCKER, JR., P.A.M. TRANSPORT, INC. AND CHEROKEE INSURANCE COMPANY** | * * * * | **MAGISTRATE JUDGE** |

**************************************************

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come P.A.M. Transport, Inc. and Cherokee Insurance Company, who respectfully avers as follows:

1.

On or about December 28, 2018, plaintiffs, Joshua Moran, Lyndsay Moran and Anavernyel Neyland, filed a Petition for Damages in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, naming Robert Rucker, Jr., P.A.M. Transport, Inc., and Cherokee Insurance Company as defendants. That suit bears docket number 161686, was assigned to division "F", and is captioned "*Joshua Moran, Lyndsay Moran and Anavernyel Neyland v. Robert Rucker, Jr., P.A.M. Transport, Inc., and Cherokee*

*Insurance Company"*. A copy of said Petition for Damages is attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested on Cherokee Insurance Company through the Louisiana Secretary of State, and Cherokee Insurance Company was served on or about January 9, 2019.

3.

Service of the Petition for Damages was requested upon P.A.M. Transport, Inc., through the Louisiana Long Arm statute, and P.A.M. Transport, Inc. was served on or about January 15, 2019.

4.

Service of the Petition for Damages was requested upon Robert Rucker, Jr., through the Louisiana Long Arm Statute. As of the date of filing of this Notice of Removal, Robert Rucker, Jr., has not yet been served. Undersigned counsel will represent Robert Rucker, Jr., if and when he is properly served. Without waiving the formal requirements for service of process, Robert Rucker, Jr., joins in and consents to this Notice of Removal.

5.

Plaintiffs' Petition for Damages neither set forth a general allegation as to whether their claims were more or less than the requisite amount for federal court diversity jurisdiction as Louisiana Code of Civil Procedure Article 833 requires. Nevertheless, prior to filing suit, plaintiff's counsel produced medical records regarding Joshua Moran, indicating that he had been diagnosed with a traumatic brain injury as a result of the

subject accident. (See attached Exhibit "B". Neuropsychological report of Dr.'s Melissa Aubert and Susan Andrews dated August 10, 2018.) Additionally, Joshua Moran has allegedly incurred $24,694 in medical expenses. (See attached Exhibit "C", correspondence from counsel for plaintiff.)

6.

Furthermore, on January 30, 2019, counsel for plaintiff extended a settlement demand in the amount of $275,000 on behalf of plaintiff, Joshua Moran. (See attached Exhibit "D", email from counsel for plaintiff.)

7.

Based upon the diagnosis of a traumatic brain injury, the amount of medical expenses incurred to date and plaintiff's post-filing settlement demand, it is clear that the amount claimed by plaintiff, Joshua Moran, is in excess of $75,000, exclusive of interest and costs.

8.

At this time, it is unknown whether the claims of Lyndsay Moran or Anavernyel Neyland exceed $75,000, exclusive of interest and cost, but this Court can exercise supplemental jurisdiction over the claims of Lyndsay Moran and Anavernyel Neyland pursuant to 28 U.S.C. § 1367.

9.

This Notice of Removal is filed within thirty (30) days of service of the Petition of Damages on P.A.M. Transport, Inc. and Cherokee Insurance Company, and is therefore timely.

10.

Plaintiffs, Joshua Moran, Lyndsay Moran and Anavernyel Neyland are citizens of the State of Louisiana. (See plaintiffs' Petition for Damages, attached hereto as Exhibit "A".)

11.

Defendant, Robert Rucker, Jr., is a citizen of the State of Mississippi.  (See plaintiffs' Petition for Damages, attached hereto as Exhibit "A".)

12.

Defendant, P.A.M. Transport, Inc., is a foreign corporation organized under the laws of the State of Arkansas with its principal place of business in the State of Arkansas. See attached Exhibit "E", corporate information from the Arkansas Secretary of State.

13.

Defendant, Cherokee Insurance Company, is a foreign insurance company incorporated under the laws of the State of Michigan and having its principal place of business in the State of Michigan.  See attached Exhibit "F", Louisiana Department of Insurance Company search information.

14.

Accordingly, there is complete diversity of citizenship between the plaintiffs and all named defendants.  As of the date of the filing of this Notice of Removal, plaintiffs have not named any other defendants.

15.

According to the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by defendants pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

16.

In accordance with U.S.C. § 1446(d), defendants will provide appropriate notice of this removal to the parties, and to the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

## **JURY DEMAND**

Defendants are entitled to and request trial by jury on all issues herein.

**WHEREFORE**, defendants, Cherokee Insurance Company and P.A.M. Transport, Inc., pray that the action entitled "*Joshua Moran, Lyndsay Moran and Anavernyel Neyland v. Robert Rucker, Jr., P.A.M. Transport, Inc., and Cherokee Insurance Company*", pending on the docket of the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, be removed from that State Court docket to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

*/s/ Gerard J. Dragna*
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**ERIC W. SELLA, #33474**
*Mouledoux, Bland, Legrand & Brackett*
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: esella@mblb.com
*Attorneys for Cherokee Insurance Company, and P.A.M. Transport, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 30th day of January, 2019, at their last known address of record.

*/s/ Gerard J. Dragna*

**GERARD J. DRAGNA**

h:\1199\19132 -moran\pleadings\removal\notice of removal.docx