21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2018-0003650                                          DIVISION "F"

VIVIAN ANN PEARSON

VERSUS

CHEROKEE INSURANCE COMPANY, PAM TRANSPORT, INC.,
AND ANTOINE CIVIL, JR.

FILED: NOV 2 1 2018                              s/Darilyn Martin
_____          _____
                                         DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Vivian Pearson, person of the full age of majority and a resident of the State of Alabama, who, with respect, shows the Court as follows:

I.

That Antoine Civil, Jr., made a party defendant herein, is a person of the full age of majority and a resident and citizen of the Altamonte Springs, State of Florida. That Cherokee Insurance Company, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

That on or about August 15, 2018 at approximately 10:30 P.M., Vivian Pearson was operating her 2005 Lincoln Towncar SI, in the right lane eastbound on interstate 12 (I-12) in the Parish of Tangipahoa, State of Louisiana.

III.

That at approximately the same time and place, Antoine Civil, Jr. was operating a 2019 Peterbilt tractor trailer with the permission and consent of its owner, Pam Transport, Inc., eastbound in the left lane eastbound on I-12 in the Parish of Tangipahoa, State of Louisiana.

IV.

EXHIBIT 1

That at approximately the same time and place, Antoine Civil, Jr. drifted into Plaintiff's right travel lane impacting her rear driver side of her vehicle causing her vehicle to lose control and violently collide multiple times into the bridge on I-12.

V.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendant, Antoine Civil, Jr., in the following, non-exclusive, respects:

(a)     by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(b)     by operating the vehicle under his control in a reckless and negligent manner;

(c)     by failing to see what should be seen;

(d)     by improperly crossing into plaintiff's lane of travel and colliding into plaintiff's vehicle; and

(e)     other acts of negligence and/or fault which were the cause of the accident sued upon and which will be shown at the trial of this matter.

VI.

At all times material herein, Antoine Civil, Jr. was employed by and acting within the course and scope of his employment with Defendant, Pam Transport, Inc. And therefore, Pam Transport, Inc. is legally responsible for the negligent acts and omissions and/or fault of its employee pursuant to the Louisiana Civil Code.

VII.

That as a result of the aforesaid collision, Vivian Pearson has sustained serious injuries to her mind and body, including but not limited to a rotator cuff tear to her left shoulder requiring surgery, neck and low back injuries, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; all of which entitles Plaintiff, Vivian Pearson, to recover from Defendants the damages as are reasonable in the premises.

VII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Cherokee Insurance Company, under the

terms and conditions of which it agreed to insure and indemnify Defendants, Pam Transport, Inc. and Antoine Civil, Jr., from the type of liability asserted herein.

VIII.

Petitioner shows that this case involves damages which exceed the minimum requirements for trial by jury and the jurisdictional limits of diversity citizenship.

WHEREFORE, Petitioner, Vivian Pearson, prays that Defendants, Cherokee Insurance Company, Pam Transport, Inc. and Antoine Civil, Jr. be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Vivian Pearson, and against Defendants, Cherokee Insurance Company, Pam Transport, Inc. and Antoine Civil, Jr. , jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (800) 314-0989
E-MAIL: dsnellings@morrisbart.com

BY: _____
DANIEL B SNELLINGS, NO. LA20004

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA NOV 2 1 2018
                         DATE
s/Darilyn Martin _____ do hereby certify
that this document is a true and correct copy of the
original thereof, consisting of ____ page(s) being a
reproduction thereof from the records on file with
the undersigned, in accordance with Louisiana
Revised Statutes, Title 75, Section 3533.
                              DEPUTY CLERK

3

**PLEASE SERVE:**

CHEROKEE INSURANCE COMPANY
Through the Louisiana Secretary of State
8585 Archives Boulevard
Baton Rouge, LA 70809

PAM TRANSPORT, INC.
Through the Louisiana Long-arm Statute
P.O. Box 1881 Tontitwon, AR 72770

ANTOINE CIVIL, JR.
Through the Louisiana Nonresident Motorist Statute
Louisiana Secretary of State
8585 Archives Boulevard
Baton Rouge, LA 70809

601 Poydras St., 24th Floor
New Orleans, LA 70130

**CERTIFIED MAIL**



7018 0680 0001 3725 4121

neopost
12/04/2018
US POSTAGE $006.88⁰

FIRST-CLASS MAIL



ZIP 70130
041M12251600

Pam Transport Inc.
PO Box 1881
Tontitwon, AR 72770

18 1611