# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA MORAN, LYNDSAY MORAN AND ANAVERNYEL NEYLAND** | * * * | **CIVIL ACTION NO. 3:19-cv-00056** |
| | * | **DISTRICT JUDGE SHELLY D. DICK** |
| **VERSUS** | * * | |
| **ROBERT RUCKER, JR., P.A.M. TRANSPORT, INC. AND CHEROKEE INSURANCE COMPANY** | * * * * | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| | | **JURY DEMAND** |

**************************************************

## ORDER

Considering the above and foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiffs, Joshua Moran, Lyndsay Moran and Anavernyel Neyland, in the above entitled and numbered cause against all Defendants, be and the same are dismissed, with prejudice, all parties to bear their own costs.

Baton Rouge, Louisiana this __14th_ day of __January_____, 2020.

_____
**J U D G E**

h:\1199\19132 -moran\pleadings\proposed order-mtd.docx

JURY